AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

Eric B. Moss

Plaintiff(s),

V.

Lt. D. Footman, et al,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-cv-04706-WHO

Notice is hereby given that, subject to approval by the court, Eric B. Moss substitutes
(Party (s) Name)

Eric B. Moss, In Pro Se , State Bar No. N/A as counsel of record in
(Name of New Attorney)

place of Jeffrey B. Yazel .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: N/A

Address: Eric B. Moss; 2500 Seamist Drive, Number 7, Sacramento, California 95833

Telephone: (916) 544-4272    Facsimile

E-Mail (Optional):

I consent to the above substitution.

Date: 1/10/2014

x *Eric B. Moss*
Moss, Eric B.
(Signature of Party (s))

I consent to being substituted.

Date: 1/9/2014

*Jeff Yazel*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 16, 2014

*W. H. O.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]