UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MOSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. DIXON, et al.,<br><br>　　　　Defendants. | Case No. 11-cv-04706-WHO<br><br>**ORDER SETTING SCHEDULE FOR MOTION TO DISMISS**<br><br>Re: Dkt. No. 42 |

On February 18, 2014, the Court conducted a Case Management Conference. Erin Ganahl appeared for defendants. Eric Moss, who is in pro per, did not appear.

Mr. Moss's former counsel withdrew because he was being suspended from practice by the State Bar of California. In the Order Regarding Substitution of Counsel and Stay filed on January 7, 2014, the Court entered a stay of discovery and motion practice through February 18, 2014, set a Case Management Conference for the same date at 2 p.m., and gave Mr. Moss permission to appear by telephone if was still unrepresented. Neither the Court nor counsel for defendants has heard from Mr. Moss regarding the Case Management Conference.

This case has been pending since September 21, 2011. Defendants filed a motion to dismiss on September 12, 2013, Dkt. 26, and have stipulated to various extensions. Further delay is not appropriate, absent good cause. The Court ORDERS that Mr. Moss file a response to the motion to dismiss no later than **April 23, 2014**. Defendants may reply by April 30, 2014. A hearing on the motion to dismiss is set for **May 14, 2014** at 2 p.m. in Courtroom 2. In all other respects, the stay of discovery and motion practice remains in effect. If plaintiff fails to file a timely response, the Court will issue an Order to Show Cause Re: Dismissal.

If Mr. Moss wishes to speak with the Court about this schedule or his progress in finding

counsel, he may call the Courtroom Deputy, Jean Davis at 415-522-2077 and request a status conference with the Court and defendants' counsel.

<u>Mr. Moss may also wish to seek the assistance of the Legal Help Center to help prepare his case. The Legal Help Center can be reached at 415-782-8982 and is located on the 15th Floor, Room 2796, of the courthouse at 450 Golden Gate Avenue in San Francisco.</u>

**IT IS SO ORDERED**.

Dated: February 18, 2014



WILLIAM H. ORRICK
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC MOSS,

        Plaintiff,

  v.

LT. D. FOOTMAN,

        Defendant.

Case Number: CV11-04706 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 18, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Eric Moss
2500 Seamist Dr., Apt. 7
Sacramento, CA 95833

Dated: February 18, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk